42488.00136

**MARSHALL DENNEHEY**
By: Alicia L. Calaf, Esq.
Attorney I.D. No. 021092004
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
☏973-618-4165      📠973-618-0685
✉ alcalaf@mdwcg.com

BY:   KEVIN E. HEXSTALL, Esq.
Attorney Identification No.:   027911997
2000 Market Street, Suite 2300
Philadelphia, PA 19103
215-575-2642
kehexstall@mdwcg.com

ATTORNEYS FOR DEFENDANT - Home Depot U.S.A., Inc.

| | |
|---|---|
| ANNETTE SANCHEZ<br><br>Plaintiff,<br><br>-vs-<br><br>HOME DEPOT U.S.A., INC, ABC COMPANIES (1-5) (fictitious named as yet unknown),<br><br>Defendants | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION:   HUDSON COUNTY<br>DOCKET NO.:   HUD-L-2278-21<br><br>**Civil Action**<br><br>**CORPORATE DISCLOSURE STATEMENT** |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Home Depot U.S.A., Inc. states that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

**MARSHALL DENNEHEY**
425 Eagle Rock Ave.
Roseland, New Jersey 07068
Tele. No. 973-618-4100
Fax No. 973-618-0685
E-mail: alcalaf@mdwcg.com
*Attorneys for Defendant, Home Depot U.S.A., Inc.*

By: <u>*/s Alicia Calaf*</u>
   **ALICIA CALAF**

Dated: April 25, 2022

LEGAL/145399022.v1